IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY GWIN, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil No. 03-cv-0862-MJR |
| | ) |
| AMERICAN RIVER TRANSPORTATION COMPANY, | ) |
| | ) |
| Defendant. | ) |

### AMENDED JUDGMENT

**Decision by Court:**

**IT IS ORDERED AND ADJUDGED** the judgment is entered in favor of Plaintiff Larry Gwin and against Defendant Artco in damages for lost wages and benefits, both past and future in the amount of $10,000.00 and punitive damages are assessed in the amount of $130,000.00, *plus interest*; in favor of counter defendants, Larry Gwin, Sammy Hutton, Thomas Mason, Charles Marshall, Tony Reames and Gerald Ingram and against counter claimant Artco as to Artco's counterclaim; and in favor of Defendant Artco and against Plaintiff Tony Reames, as to Counts XXI, XXII, XXIII, XXIV, and XXV of Plaintiffs' complaint, *with an award of costs and fees to defendant Artco in accordance Federal Rules of Civil Procedure 54(d) and 26(b)(4)(C).*

Insofar as the parties have agreed on the adjusted total amount owing to Plaintiff Gwin, including interest, the Court considers the calculation of the costs and fees and the adjusted

amount owed to Plaintiff Gwin to be settled, with Defendant owing an adjusted total of

$147,846.23, which includes interest as of October 11, 2007; interest shall accrue at a rate of

$19.17 per day thereafter.

                                                                    NORBERT G. JAWORSKI, CLERK

                                                                    s/Annie McGraw
                                                                    Deputy Clerk